[No. 41419-8-II.   Division Two.   September 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRICK
CHRISTOPHER WALL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 10-1-00271-0, Richard L. Brosey, J., entered
November 3, 2010. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Hunt and Quinn-
Brintnall, JJ.

[No. 41444-9-II.   Division Two.   September 20, 2011.]

MARK A. HENDRIX, *Respondent*, v. DAVID W. DEVIN ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 04-2-00800-1, Leila Mills, J., entered October
15, 2010. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Penoyar, C.J., and Van Deren, J.

[No. 41521-6-II.   Division Two.   September 20, 2011.]

LANCE W. BURTON, *Appellant*, v. ROBERT L. HARRIS ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 10-2-00211-2, Stephen M. Warning, J., entered
May 26, 2010. *Affirmed* by unpublished opinion per Jo-
hanson, J., concurred in by Armstrong and Van Deren, JJ.

[No. 41767-7-II.   Division Two.   September 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. D.L.B., *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 10-8-00185-7, David L. Edwards, J.,
entered January 6, 2011. *Reversed* by unpublished opinion
per Van Deren, J., concurred in by Penoyar, C.J., and
Worswick, J.